AO 91 (Rev. 11/11) Criminal Complaint AUSA Angel M. Krull (312) 886-2954

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 21 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

CARLEOUS CLAY

CASE NUMBER:

**15 CR 576**

CRIMINAL COMPLAINT    MAGISTRATE JUDGE VALDEZ

I, DAVIS CHRISTY, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about September 17, 2015 to on or about September 18, 2015, at Lansing, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 1201(a)(1) | defendant unlawfully and willfully seized, confined, kidnapped, abducted, and carried away and otherwise held for purposes of sexual abuse, Victim A, and willfully transported Victim A in interstate commerce by transporting Victim A across a State boundary |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

DAVIS CHRISTY
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: September 21, 2015

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and Title*

*Judge's signature*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ss |
| NORTHERN DISTRICT OF ILLINOIS | |

### AFFIDAVIT

I, DAVIS CHRISTY, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for seven years. My current responsibilities include the investigation of violent crimes, including, among others, kidnapping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that CARLEOUS CLAY has violated Title 18, United States Code, Section 1201(a)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging CLAY with kidnapping, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. The statements in this affidavit are based on my personal knowledge, physical evidence that I have reviewed, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

## BACKGROUND

4. On the night of September 17, 2015, Victim A arrived home at her residence in Lansing, Illinois and walked into a burglary in progress.[1] According to Victim A, a large black man, later identified by FBI as CARLEOUS CLAY, came at her with a hammer. CLAY then forced her into the trunk of Victim A's vehicle against her will. CLAY then drove Victim A's vehicle across state lines into Indiana to the First Merchants Bank, located at 707 Ridge Road, Munster, Indiana.

5. At approximately 11:47 p.m., external bank surveillance video from First Merchants Bank depicted a black male wearing a white shirt outside of the bank. CLAY used Victim A's debit card to withdraw $140 from an ATM at the First Merchants Bank.

6. At approximately 11:53 p.m., external bank surveillance video showed Victim A's vehicle departing the area.

7. At approximately 11:57 p.m., external ATM surveillance video from BMO Harris Bank, located at 915 Ridge Road, Munster, Indiana, depicted in the driver's seat of Victim A's vehicle a large build, black male, later identified as CLAY, wearing a white t-shirt, semi-transparent nylon face covering, a black watch, and gloves, at the ATM machine. On the video, CLAY's left arm was extended through the open driver's door window, and CLAY appeared to be using the ATM.

---

[1] Victim A relayed these facts to law enforcement officers immediately after being badly burned and sexually assaulted by CLAY. Due to her serious injuries and ongoing medical care, Victim A has not yet been fully debriefed by FBI. Therefore, these facts may be more fully developed after Victim A has been fully debriefed.

8. Victim A advised that after departing the area of the ATM, CLAY sexually assaulted her in the vehicle against her will. CLAY then continued driving Victim A's vehicle.

9. On September 18, 2015, at approximately 2:00 a.m., surveillance video from Business A, located at 277 Melton Road, Burns Harbor, Indiana, depicted Victim A's vehicle backing into an abandoned business located at 280 Melton Road, which is across the street from Business A.

10. Victim A stated that, at this time, CLAY again sexually assaulted her against her will. According to Victim A, CLAY then strangled her to the point of unconsciousness. Victim A next recalled being on fire and walking from the scene.

11. Surveillance video from Business A depicted Victim A, at approximately 2:49 a.m., with her legs on fire, walking towards Melton Road and then walking east in the direction of the Pilot Service Station, located at 243 Melton Road, Burns Harbor, Indiana.

12. Surveillance video from the Pilot Service Station, at approximately 3:05 a.m., depicted Victim A walking into a McDonald's restaurant located within the Pilot Service Station. Workers called 911, and first responders responded to the scene.

13. Later in the morning on September 18, 2015, law enforcement officers located Victim A's vehicle parked in the parking lot of a large apartment complex at 791 East 16th Street, Holland, Michigan.

## IDENTIFICATION OF CARLEOUS CLAY

14. On September 18, 2015, the FBI released to the media two still images taken from the BMO ATM surveillance footage, described in paragraph 7 above. Afterwards, law enforcement received two anonymous tips that the person in the images appeared to be CARLEOUS CLAY.

15. On September 19, 2015, three individuals, all who know CLAY stated that they recognized CLAY as the person in a BMO ATM surveillance still image.

16. Both Illinois and Michigan Department of Corrections provided current photographs of CLAY. I compared these photographs with the BMO ATM surveillance still images. The still images from the BMO ATM surveillance video and the photographs of CLAY appear to be of the same person.

17. According to CLAY's Illinois State Identification card, his current residence, Residence A, is located approximately three blocks from Victim A's residence.

18. Records from the Michigan Department of Corrections and Illinois Department of Corrections list Residence A as CLAY's parole residence. CLAY's last parole check occurred on September 12, 2015, where a parole agent met with CLAY at Residence A.

19. On September 20, 2015, pursuant to a search warrant, FBI searched Residence A and found the following items, among other things: (a) a white T-shirt with a red stain that appears to be dried blood; (b) latex gloves; (c) a woman's stocking; and (d) items that appear to match items missing from Victim A's home,

including but not limited to, a Phillips television, a Toshiba laptop, and multiple pieces of women's jewelry.

20. Public database checks list the address of 791 East 16th Street, Holland, Michigan, as a prior residence for CLAY, as recent as June 2015. This is the same location where Victim A's vehicle was located on September 18, 2015.

21. On September 21, 2015, FBI's laboratory in Quantico, Virginia preliminarily reported that it had compared a DNA sample taken from Victim A's body against samples of CLAY's DNA provided by both the Illinois Department of Corrections and the Michigan Department of Corrections, and that CLAY's DNA profile was consistent with the DNA sample taken from the Victim's body.

**ARREST AND POST-ARREST STATEMENT OF CARLEOUS CLAY**

22. On September 20, 2015, law enforcement officers arrested CLAY in Holland, Michigan, pursuant to a parole violation warrant. After waiving his *Miranda* rights, CLAY agreed to speak with law enforcement officers. During the recorded interview, CLAY admitted, among other things, to kidnapping the victim from her home in Lansing, Illinois, transporting her across state lines, and sexually assaulting her. CLAY stated that he had no prior relationship with Victim A.

**CONCLUSION**

23. Based on the information set forth in this affidavit, there is probable cause to believe that CARLEOUS CLAY unlawfully and willfully seized, confined, kidnapped, abducted, and carried away and otherwise held for purposes of sexual abuse, Victim A, and willfully transported Victim A in interstate commerce by

transporting Victim A across a State boundary, in violation of Title 18, United States Code, Section 1201(a)(1).

FURTHER AFFIANT SAYETH NOT.

_____
DAVIS CHRISTY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on September 21, 2015.

_____
MARIA VALDEZ
United States Magistrate Judge