**FILED**

OCT 1 5 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **15 CR 576** |
| v. ) | JUDGE DER-YEGHIAYAN |
| ) | MAGISTRATE JUDGE VALDEZ |
| CARLEOUS CLAY ) | Violations: Title 18, United States Code, Sections 844(h)(1), 1201(a)(1), 1951(a), 2113(a), 2113(e), 2119(2), 2312 |

### COUNT ONE

The SPECIAL AUGUST 2015 GRAND JURY charges:

From on or about September 17, 2015, to on or about September 18, 2015, at Lansing, in the Northern District of Illinois, and elsewhere,

CARLEOUS CLAY

defendant herein, did unlawfully and willfully seize, confine, kidnap, abduct, carry away, and transport Victim A in interstate commerce from the State of Illinois to the State of Indiana, and did hold Victim A for purposes of robbery, sexual assault, and otherwise;

In violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT TWO

The SPECIAL AUGUST 2015 GRAND JURY further charges:

On or about September 18, 2015, at Lansing, in the Northern District of Illinois, and elsewhere,

## CARLEOUS CLAY

defendant herein, did knowingly use fire to commit any felony which may be prosecuted in a court of the United States, namely, the felony kidnapping charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 844(h)(1).

## COUNT THREE

The SPECIAL AUGUST 2015 GRAND JURY further charges:

From on or about September 17, 2015, to on or about September 18, 2015, at Lansing, in the Northern District of Illinois, and elsewhere,

## CARLEOUS CLAY

defendant herein, with the intent to cause death and serious bodily harm, did knowingly take a motor vehicle, namely, a 2009 Chevrolet Aveo bearing Vehicle Identification Number KL1TD56E89B367335, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of Victim A by force, violence, and intimidation, resulting in serious bodily injury to Victim A;

In violation of Title 18, United States Code, Section 2119(2).

## COUNT FOUR

The SPECIAL AUGUST 2015 GRAND JURY further charges:

On or about September 17, 2015, at Lansing, in the Northern District of Illinois, and elsewhere,

## CARLEOUS CLAY

defendant herein, by force and violence, and by intimidation, did take from the person and presence of Victim A approximately $140 in United States currency belonging to and in the care, custody, control, management, and possession of First Merchants Bank, 707 Ridge Road, Munster, Indiana, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing said offense forced Victim A to accompany him without Victim A's consent;

In violation of Title 18, United States Code, Sections 2113(a) and (e).

## COUNT FIVE

The SPECIAL AUGUST 2015 GRAND JURY further charges:

On or about September 17, 2015, at Lansing, in the Northern District of Illinois, and elsewhere,

## CARLEOUS CLAY

defendant herein, by force and violence, and by intimidation, did attempt to take from the person and presence of Victim A money belonging to and in the care, custody, control, management, and possession of BMO Harris Bank, 915 Ridge Road, Munster, Indiana, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing said offense forced Victim A to accompany him without Victim A's consent;

In violation of Title 18, United States Code, Sections 2113(a) and (e).

## COUNT SIX

The SPECIAL AUGUST 2015 GRAND JURY further charges:

On or about September 17, 2015, at Lansing, in the Northern District of Illinois, and elsewhere,

## CARLEOUS CLAY

defendant herein, did obstruct, delay, and affect commerce, and the movement of any article and commodity in commerce, by robbery, in that the defendant did knowingly and unlawfully take and obtain $140 in United States currency from the person and presence of Victim A at First Merchants Bank, 707 Ridge Road, Munster, Indiana, against her will, by means of actual and threatened force, violence, and fear of injury, immediate or future, to Victim A;

In violation of Title 18, United States Code, Section 1951(a).

## **COUNT SEVEN**

The SPECIAL AUGUST 2015 GRAND JURY further charges:

On or about September 17, 2015, at Lansing, in the Northern District of Illinois, and elsewhere,

CARLEOUS CLAY

defendant herein, did attempt to obstruct, delay, and affect commerce, and the movement of any article and commodity in commerce, by robbery, in that the defendant did knowingly and unlawfully attempt to take a quantity of United States currency from the person and presence of Victim A at BMO Harris Bank, 915 Ridge Road, Munster, Indiana, against her will, by means of actual and threatened force, violence, and fear of injury, immediate or future, to Victim A;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT EIGHT

The SPECIAL AUGUST 2015 GRAND JURY further charges:

From on or about September 17, 2015, to on or about September 18, 2015, at Lansing, in the Northern District of Illinois, and elsewhere,

CARLEOUS CLAY

defendant herein, did unlawfully and knowingly transport in interstate commerce a stolen motor vehicle, namely, a 2009 Chevrolet Aveo bearing Vehicle Identification Number KL1TD56E89B367335, from the State of Illinois to the State of Indiana to the State of Michigan, knowing the vehicle to be stolen;

In violation of Title 18, United States Code, Section 2312.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY