UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 15 CR 576 |
|---|---|
| v. | Judge Samuel Der-Yeghiayan |
| CARLEOUS CLAY | |

**GOVERNMENT'S RESPONSE TO MOTION FOR AN EXTENSION OF TIME**

On April 11, 2016, defendant filed a notice to introduce expert testimony relating to a mental disease or defect. The motion further asked for an extension of time to evaluate whether it intends to present such a defense and to make a more detailed disclosure to the government. R. 38. The government has no objection to defendant's motion for an extension of time.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ *Angel M. Krull*
ANGEL M. KRULL
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 886-2954

Dated: April 29, 2016