

U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Correctional Center

_____

*Office of the Warden*                    *Chicago, Illinois 60605*

November 8, 2016              **FILED**

NOV 1 8 2016  LCW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Honorable Samuel Der-Yeghiayan
U.S. District Court Judge
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE:   Clay, Carleous
      Register Number: 18864-040
      Docket Number: 1:15-cr-00576-1

Dear Judge Der-Yeghiayan:

Pursuant to 28 CFR § 551.116 and Bureau of Prisons' (BOP) implementing policy, I am required to notify the Court of repeated or serious disruptive behavior by a pretrial inmate. Accordingly, I am writing to inform you on October 28, 2016, the BOP's Discipline Hearing Officer found inmate Clay committed the prohibited act of Threatening Bodily Harm (Code 203). Specifically, inmate Clay sent a threatening letter to another inmate. Inmate Clay's sanctions included 60 days loss of commissary and telephone privileges, and 27 days disallowance of Good Conduct Time.

Should you require additional information, please feel free to contact J. Ewell, Unit Manager, at (312) 322-0567.

Sincerely,

A. M. Owens
Warden

cc:  Angel Krull, Assistant United States Attorney
     Jeanne G. Walsh, Chief United States Probation Officer
     Edward L. Gilmore, United States Marshal