IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 15 CR 576 |
| ) | Judge Samuel Der-Yeghiayan |
| CARLEOUS CLAY, ) | |
| Defendant. ) | |

### ORDER REGARDING COMPETENCY EVALUATION

Pursuant to 18 U.S.C. § 4241(a)&(b), § 4247(b), and Rule 12.2(c)(4) of the Federal Rules of Criminal Procedure the Court orders that the defendant **CARLEOUS CLAY** be committed for a period not to exceed 30 days to the custody of the Attorney General for placement at a suitable facility under the aforementioned sections, and that Defendant be examined by a licensed or certified psychiatrist who shall prepare and file written report with the Court, defense counsel, and the government. The psychiatric report shall include the following, as set forth in 18 U.S.C. §4247(c):

1. Defendant's history and present symptoms;

2. A description of the psychiatric, psychological, and medical tests that were employed, and their results;

3. The examiners' findings;

4. The examiners' opinions as to diagnosis and prognosis; and

5. An opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

At the conclusion of the commitment period, the defendant shall be returned to the custody of United States Marshals Service.

5-31-17
_____
Date

_____
Judge Samuel Der-Yeghiayan
United States District Court