15 CR 576

FILED
AUG 17 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Aug 13, 2017

Dear Your Honor,

I hate to bother you but I need your help. I just returned from a competency evaluation in which I feel was unfair, racial, and prejudice.

I have a sexual assault case against a white woman and they give me a psycologist as a white woman to do a evaluation on me. They should have given me a male evaluator, or at the least a black female.

She asked me two questions that threw the entire evaluation off. Following these two questions I refused to talk to her anymore. She asked me, "Did I know that the victim was alive when I left the scene of the crime." I gave her a puzzling look, in which she qouted "yeah, I've been reading about your case". Her second question was in regaurds to an incident at the MCC Chicago involving a female hostage situation. She asked me, "why would I assault one women and then do it again at the MCC.

I don't believe she had a right to ask me those questions. I would like to have a second evaluation at a different facility. Thank you

Carlton Clay

Carlous Clay
Livingston County Jail
844 W. Lincoln
Pontiac, Il. 61764

Legal Mail

08/17/2017-35

2017 AUG 17 PM 12:05

CLERK
U.S. DISTRICT COURT

Seventh District Circuit Court
TO → Judge: Der Yhergerman
219 S. Dearborn
Chicago, IL 60604

60604-160099

Legal Mail

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013

FSC MIX Paper