Sept. 10, 2017

United States
v.
Clay, Carleous Darrell

Circuit 7th District    Judge: Yhergerman

1:15-cr-00576-1

**FILED**
SEP 18 2017 EW
09-18-2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice To the Courts

Notice to dismiss Attorney Patrick Blegen from my case and from representing me. I don't recall, ever, giving Mr. Blegen Power of Attorney over me in the first place. How is it that the courts have allowed Mr. Blegen to speak for me in the first place. I did not and do not consent to this.

Mr. Blegen has failed me as an Attorney and has proven to be ineffective in a lot of areas. I ask for the courts to dismiss him and have him turn over to me all of the discovery and legal material in this case to me without delay.

Please let the record state that I personally wrote Judge Der Yhergerman a letter on Aug 25, 2017 attempting to let him know that I was having problems getting the discovery in my case as well as other things. Judge Yhergerman responded, (on the record) that "he refused to acknowledge my letter and that he would not read it". He went further to say "I, Clay, Carleous Darrell had no say in his court room and that if I have anything to say to go through my Attorney".

I am a live, flesh and blood, competent and capable of speaking for myself. If the Judge won't allow me to speak for myself then I do not authorize anyone to speak for me!

I will be representing myself from this point on (pro se) asking that my second Attorney Matt stays on as Co-counsel.
If anyone has a problem with this please contact me as soon as possible.

Thank you

Clay, Carleous

Please send me a copy of this letter when you receive it so that I know you received it and placed it in my File. Also, can you please send me a copy of the letter I wrote to Judge Der Yhergermon back in August 2017. Thank you.

Please forward a copy of this letter of notice to Attorney Patrick Blegen.

Carleous Clay
Livingston - LCJ
844 W. Lincoln St.
Pontiac, IL. [61764]

Legal Mail

Office of Clerk of the U.S. Circuit Court
219 S. Dearborn
Chicago, Illinois 60604

09/18/2017-27