**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 CR 576 |
| | ) | Judge Samuel Der-Yeghiayan |
| CARLEOUS CLAY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**PATRICK W. BLEGEN,** one of the attorneys of record for Defendant, **CARLEOUS**

**CLAY**, pursuant to the Sixth Amendment to the Constitution of the United States, respectfully

moves this Court for its order permitting him to withdraw his appearance as attorney for the

defendant.

In support of this motion, counsel states as follows:

1.      On October 22, 2015, this Court appointed undersigned counsel under the

Criminal Justice Act to represent Defendant.  Counsel substituted his appearance for an attorney

from the office of the Federal Defender who was permitted to withdraw.

2.      Counsel has represented Defendant since that date.

3.      On March 15, 2017, and at the request of the defense, the Court appointed

Matthew McQuaid as an additional attorney for Defendant under the Criminal Justice Act.

4.      Defendant has recently indicated that he no longer wishes undersigned counsel to

serve as one of his attorneys and has asked that undersigned counsel be dismissed.

WHEREFORE, undersigned counsel respectfully requests that he be granted leave to withdraw as one of the attorneys of record for Defendant.

Respectfully submitted,
 s/ Patrick W. Blegen
PATRICK W. BLEGEN, one of the attorneys for Defendant Carleous Clay.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100